UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cr-128 |
| ) | |
| v. ) | |
| ) | MATTICE / LEE |
| ADRIAN WASHINGTON ) | |

ORDER OF DETENTION PENDING TRIAL

Defendant ADRIAN WASHINGTON was scheduled to appear for a detention hearing. A waiver of detention hearing has been filed with the Court [Doc. 32] and based on this waiver I find defendant, with advice of counsel, waived his right to a detention hearing with the understanding that a hearing may be granted at a later date on proper motion of defendant.

Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE